**MANDATE**

D.Conn.
07-cv-1702
Bryant, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 25th day of March, two thousand ten,

Present:

> Robert D. Sack,
> Reena Raggi,
> Peter W. Hall,
> *Circuit Judges*.

_____



Jimmy D. Smith,

*Plaintiff-Appellant,*

v.

Sabine Nyenhuis, Michael Morrissey, Detectives,

*Defendants-Appellees.*

09-3015-pr

_____

Appellant, *pro se*, moves for appointment of counsel and for an extension of time to file a brief. Upon due consideration, it is hereby ORDERED that the motions are DENIED and the appeal is DISMISSED because it lacks an arguable basis in law or fact. *See* 28 U.S.C. § 1915(e); *Neitzke v. Williams*, 490 U.S. 319, 325 (1989) (defining when an action lacks an arguable basis in law or fact).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk



A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 04/26/2010**